**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; AND AMAZON WEB SERVICES, INC., <br><br> Defendants. | Case No.  7:24-cv-00030-ADA-DTG |

**JOINT STIPULATION
REGARDING MOOTNESS OF PARTIAL MOTION TO DISMISS**

Whereas Plaintiff ("VirtaMove") filed a Partial Motion to Dismiss (Dkt. 60) seeking dismissal of certain counterclaims; and

Whereas Defendants ("Amazon") later amended those counterclaims (Dkt. 61);

The parties hereby stipulate:

1)  VirtaMove's Partial Motion to Dismiss (Dkt. 60) is MOOT in view of the amended counterclaims and the Court need not rule on the issues presented in that motion;

2)  VirtaMove may renew any or all of its arguments from the Partial Motion to Dismiss (Dkt. 60) in a future motion and Amazon may oppose that future motion after it is filed.

1

Respectfully submitted on September 26, 2024.

*/s/ Qi (Peter) Tong (with permission)*  */s/ Jeremy A. Anapol* _____

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com

**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
ptong@raklaw.com

**RUSS AUGUST & KABAT**
4925 Greenville Ave, Suite 200
Dallas, TX 75206

*Attorneys for Plaintiff VirtaMove, Corp.*

Joseph R. Re *(Pro Hac Vice)*
Jeremy A. Anapol *(Pro Hac Vice)*
**KNOBBE MARTENS OLSON & BEAR LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile:  949-760-9502
joe.re@knobbe.com
jeremy.anapol@knobbe.com

Colin B. Heidman *(Pro Hac Vice)*
Christie R.W. Matthaei *(Pro Hac Vice)*
Logan P. Young *(Pro Hac Vice)*
**KNOBBE MARTENS OLSON & BEAR LLP**
925 4th Ave, Ste 2500
Seattle, WA 98104
Telephone: 206-405-2000
Facsimile:  206-405-2001
colin.heideman@knobbe.com
christie.matthaei@knobbe.com
logan.young@knobbe.com

*Counsel for Defendants*
*Amazon.com, Inc.,*
*Amazon.com Services, LLC and*
*Amazon Web Services, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 26, 2024, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/ Jeremy A. Anapol*
Jeremy A. Anapol
