UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<table>
<tr><td>VIRTAMOVE, CORP.      ,<br><br>Plaintiff(s),<br><br>v.<br><br>AMAZON.COM, INC. ET AL   ,<br><br>Defendant(s).</td><td>Case No. 5:25-cv-10579-NW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3)</td></tr>
</table>

I, Logan P. Young , an active member in good standing of the bar of Washington , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Amazon Web Services, Inc. in the above-entitled action. My local co-counsel in this case is Jeremy Anapol , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 285828 .

1301 2nd Ave., Ste 3000, Seattle, WA 98101
MY ADDRESS OF RECORD

600 Anton Blvd, Ste 1800, Costa Mesa, CA 92626
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

206-274-6385
MY TELEPHONE # OF RECORD

714-830-0600
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

logan.young@morganlewis.com
MY EMAIL ADDRESS OF RECORD

jeremy.anapol@morganlewis.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 58583 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/17/2026                                              /s/ Logan P. Young
                                                                      APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Logan P. Young            is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  March 20, 2026

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

United States District Court
Northern District of California

Updated 11/2021                                    2