UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| VIRTAMOVE, CORP.,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM INC., et al.,<br><br>Defendants. | Case No. 25-cv-10579-NW<br><br>**ORDER DENYING MOTION TO EXPEDITE AND TERMINATING MOTIONS TO DISMISS AS MOOT**<br><br>Re: ECF No. 169, 170, 182 |

On April 7, 2026, Defendant Amazon Web Services, Inc. filed a motion to expedite the claim construction hearing.  ECF No. 182.  Plaintiff VirtaMove Corp. opposed.  ECF No. 184. Having considered the parties' briefs and the relevant legal authority, the Court concludes oral argument is not required, *see* N.D. Cal. Civ. L.R. 7-1(b), and DENIES the motion.  The Court sets a further Case Management Conference for Tuesday, May 26, 2026 at 9:00 a.m.  The parties are directed to file a Joint Case Management Statement in accordance with the Court's Civil Standing Order.

Additionally, Plaintiff's motion to dismiss and amended motion to dismiss Counts II and III of Defendant's counterclaims (ECF Nos. 169, 170) are TERMINATED AS MOOT because Defendant filed fourth amended counterclaims (ECF No. 172).  *See* Fed. R. Civ. P. 15(a)(1)(B).

**IT IS SO ORDERED.**

Dated: April 16, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California