**MORGAN, LEWIS & BOCKIUS LLP**
Jason C. White, *pro hac vice*
jason.white@morganlewis.com
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1101
Tel: +1.312.324.1000
Fax: +1.312.324.1001

Colin Heideman, Bar No. 238674
colin.heideman@morganlewis.com
Christie Matthaei, *pro hac vice*
christie.matthaei@morganlewis.com
Logan P. Young, *pro hac vice*
logan.young@morganlewis.com
1301 Second Avenue
Suite 3000
Seattle, WA 98101
Tel: +1.206.274.6400
Fax: +1.206.274.6401

Jeremy A. Anapol, Bar No. 285828
jeremy.anapol@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626
Tel: +1.714.830.0600
Fax: +1.714.830.0700

*Counsel for Defendant*
*Amazon Web Services, Inc.*
(*additional counsel on following page*)

Marc Fenster (SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tsuei (SBN 285530)
jtsuei@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (pro hac vice)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Counsel for Plaintiff,*
*VirtaMove Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

VIRTAMOVE, CORP.,

Plaintiff,

vs.

AMAZON WEB SERVICES, INC.,

Defendant.

Case No. 5:25-cv-10579-NW

**JOINT STIPULATION FOR ENTRY OF FINAL JUDGMENT**

Judge: Hon. Noël Wise
Location: Courtroom 3, 5th Floor
Date: Oct. 27, 2026, 10:30 am
Status Conference

**MORGAN, LEWIS & BOCKIUS LLP**
Sarah J. Guske, Bar No. 232467
sarah.guske@morganlewis.com
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-2725
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Katerina Hora Jacobson, Bar No. 342384
katerina.horajacobson@morganlewis.com
1400 Page Hill Road
Palo Alto, CA 94304-1124
Tel: +1.650.843.7238
Fax: +1.650.843.4001

*Counsel for Defendant*
*Amazon Web Services, Inc.*

Pursuant to the Court's October 13, 2026 Claim Construction Order (ECF 220), the parties have met and conferred and agree that the Court should enter final judgment at this time. The parties have attached to this stipulation a proposed judgment.

IT IS SO STIPULATED.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

Dated: October 22, 2026

Respectfully Submitted,

*/s/ Reza Mirzaie*

Marc Fenster (SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tsuei (SBN 285530)
jtsuei@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (pro hac vice)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Plaintiff,*
*VirtaMove Corp.*

*/s/ Jeremy A. Anapol*

**MORGAN, LEWIS & BOCKIUS LLP**
Jason C. White, *pro hac vice*
jason.white@morganlewis.com
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1101
Tel: +1.312.324.1000
Fax: +1.312.324.1001

Colin Heideman, Bar No. 238674
colin.heideman@morganlewis.com
Christie Matthaei *(pro hac vice)*
christie.matthaei@morganlewis.com
Logan P. Young *(pro hac vice)*
logan.young@morganlewis.com
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Tel: +1.206.274.6400
Fax: +1.206.274.6401

Jeremy A. Anapol, Bar No. 285828
jeremy.anapol@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626
Tel: +1.714.830.0600
Fax: +1.714.830.0700

Sarah J. Guske, Bar No. 232467
sarah.guske@morganlewis.com
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-2725
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Katerina Hora Jacobson, Bar No. 342384
katerina.horajacobson@morganlewis.com
1400 Page Hill Road
Palo Alto, CA 94304-1124
Tel: +1.650.843.7238
Fax: +1.650.843.4001

*Counsel for Defendant,*
*Amazon Web Services, Inc.*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

I, Jeremy A. Anapol, attest that each of the other signatories have concurred in the filing of this document which shall serve in lieu of their own signatures on the document.

Dated: October 22, 2026

*<u>/s/ Jeremy A. Anapol</u>*
Jeremy A. Anapol