**MORGAN, LEWIS & BOCKIUS LLP**
Jason C. White, *pro hac vice*
jason.white@morganlewis.com
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1101
Tel: +1.312.324.1000
Fax: +1.312.324.1001

Colin Heideman, Bar No. 238674
colin.heideman@morganlewis.com
Christie Matthaei, *pro hac vice*
christie.matthaei@morganlewis.com
Logan P. Young, *pro hac vice*
logan.young@morganlewis.com
1301 Second Avenue
Suite 3000
Seattle, WA 98101
Tel: +1.206.274.6400
Fax: +1.206.274.6401

Jeremy A. Anapol, Bar No. 285828
jeremy.anapol@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626
Tel: +1.714.830.0600
Fax: +1.714.830.0700

*Counsel for Defendant*
*Amazon Web Services, Inc.*
(*additional counsel on following page*)

Marc Fenster (SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tsuei (SBN 285530)
jtsuei@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (pro hac vice)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Counsel for Plaintiff,*
*VirtaMove Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

VIRTAMOVE, CORP.,

Plaintiff,

vs.

AMAZON WEB SERVICES, INC.,

Defendant.

Case No. 5:25-cv-10579-NW

**JOINT STIPULATED [PROPOSED] FINAL JUDGMENT**

**MORGAN, LEWIS & BOCKIUS LLP**
Sarah J. Guske, Bar No. 232467
sarah.guske@morganlewis.com
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-2725
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Katerina Hora Jacobson, Bar No. 342384
katerina.horajacobson@morganlewis.com
1400 Page Hill Road
Palo Alto, CA 94304-1124
Tel: +1.650.843.7238
Fax: +1.650.843.4001

*Counsel for Defendant*
*Amazon Web Services, Inc.*

Pursuant to Federal Rule of Civil Procedure 58 and the Joint Stipulation for Entry of Final Judgment (the "Stipulation") between Plaintiff VirtaMove Corp. ("VirtaMove") and Defendant Amazon Web Services, Inc. ("Amazon"), the Court hereby directs entry of final judgment in conformity with the Court's October 13, 2026 Claim Construction Order (ECF 220) (the "Order") as follows:

1. The Court hereby enters, in favor of Amazon, Final Judgment of invalidity as to all patent claims VirtaMove asserts in this case, which are claims 1, 2, 4, 6, 8, 9, 10, 13, and 14 of U.S. Patent No. 7,519,814. This invalidity ruling disposes of VirtaMove's cause of action for patent infringement that is set forth in Count I of the First Amended Complaint (ECF 23). Thus, the Court also enters Final Judgment in favor of Amazon and against VirtaMove on that cause of action due to invalidity.

2. The Court dismisses without prejudice as to refiling in this case the counterclaims and affirmative defenses raised by Amazon. These counterclaims and defenses shall be automatically reinstated in this case in the event this Judgment is reversed or vacated, in whole or in part.

3. The Court terminates as moot Amazon's Motion for Judgment on the Pleadings (ECF 192). In the event this Judgment is reversed or vacated, the Court will reinstate and rule on the Motion for Judgment on the Pleadings. The Court terminates as moot any other pending motions.

4. The parties have agreed, and the Court so orders, that all deadlines related to any application or motion for costs and/or attorneys' fees shall be stayed until after any appeal to the Federal Circuit is resolved. Any application or motion for costs and/or attorneys' fees shall be due 30 calendar days after entry of a mandate affirming this Judgment. This deadline does not apply to Amazon's counterclaims seeking recovery of costs and attorneys' fees as damages for breach of contract in paragraph 2.

5. This Judgment and the Stipulation are without any waiver of, or prejudice to, any party's rights to challenge the Order on appeal and to appeal this Judgment on any ground relating to the Order.

6. This Final Judgment resolves all claims between all parties and is therefore appealable.

Dated:

NOËL WISE
United Stated District Judge